UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 15-10056-CIV-KING/TORRES

MICHEAL T. NESTICO,

    Plaintiff,

vs.

BRIT SYNDICATE #2987, and GLOBAL
MARINE INSURANCE AGENCY,

    Defendant.
_____/

## ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court upon Magistrate Judge Edwin G. Torres' September 23, 2016, Report and Recommendation (DE 96), which recommends that Defendant BRIT SYNDICATE #2987's Motion for Summary Judgment (DE 56) be denied. Additionally, the Court reviews Magistrate Judge Torres' Report and Recommendation (DE 97) filed October 11, 2016, which recommends that Defendant GLOBAL MARINE INSURANCE AGENCY's Motion for Summary Judgment (DE 59) also be denied.[1]

The Court has performed a *de novo* review of each Report and Recommendation (R &R) in addition to its review of the underlying motions and the responses thereto.[2] Upon

---

[1] The Scheduling Order (DE 89) in this case previously set the pretrial conference for September 30, 2016, and the trial for October 11, 2016. However, on August 24, 2016, that Scheduling Order was vacated (DE 93) and the Court advised that the pretrial conference and trial would be reset after the pending dispositive motions before Magistrate Judge Torres were ruled upon.

[2] An Objection to the September 23, 2016, R&R was filed by Brit Syndicate on October 11, 2016. However, no objections were filed by Global Marine Insurance Agency in response to the October 11, 2016, R & R, and the time to do so has passed.

1

consideration of the record and each R&R, the Court finds that Magistrate Judge Torres' well-reasoned, thorough R&Rs accurately state the law and facts of the case.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

1. Magistrate Judge Edwin G. Torres' September 23, 2016, Report and Recommendation **(DE 96)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Defendant BRIT SYNDICATE #2987's Motion for Summary Judgment **(DE 56)** be, and the same is, hereby **DENIED**.

3. Magistrate Judge Edwin G. Torres' October 11, 2016, Report and Recommendation **(DE 97)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

4. Defendant GLOBAL MARINE INSURANCE AGENCY's Motion for Summary Judgment **(DE 59)** be, and the same is, hereby **DENIED**.

5. A new scheduling order shall be issued by separate order of the Court.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 1st day of November, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:  **Magistrate Judge Edwin G. Torres**
**All counsel of record**

2